UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERLINDA C., | CASE NO. CV 19-2730-AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: October 27, 2020

*alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge