1  Rebecca C. Padilla, SBN: 248605
   **POTTER, COHEN, SAMULON**
2  **& PADILLA**
3  3852 E. Colorado Blvd.
   Pasadena, CA 91107
4  Telephone: (626) 795-0681
   Facsimile:  (626) 795-0725
5  E-mail: rpadilla@pottercohenlaw.com

6
   Attorney for Plaintiff
7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                 WESTERN DIVISION

11
   HERLINDA COLOSIMO,            )  Case No.: CV 19-02730-AGR
12                               )
              Plaintiff,         )  {PROPOSED} ORDER AWARDING
13     vs.                       )  EQUAL ACCESS TO JUSTICE
                                 )  ACT ATTORNEY FEES
14 ANDREW SAUL, Commissioner of  )  PURSUANT TO 28 U.S.C. § 2412(d)
15 Social Security,              )
                                 )
16                               )
              Defendant          )
17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20        **IT IS ORDERED** that the Commissioner shall pay the amount of $3,900.00

21 (Three Thousand Nine Hundred Dollars and No Cents) for fees, as authorized by

22 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

23 Date: 11/30/2020          _Alicia G. Rosenberg_____
24                          HONORABLE ALICIA G. ROSENBERG
                            United States Magistrate Judge
25

26

                              -1-